IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL McGUIRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number CIV-15-784-C |
| | ) |
| ADCO HOLDINGS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

By Order dated January 8, 2016, this matter was stayed pending resolution of Oklahoma Department of Labor proceedings. Since that Order, no status updates have been provided. Accordingly, the parties are ordered to provide a joint status report outlining the status of the administrative proceedings and a projection for moving this case to conclusion. The parties shall provide their report within 20 days of the date of this Order.

IT IS SO ORDERED this 21st day of June, 2017.

ROBIN J. CAUTHRON
United States District Judge