IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   DANIEL McGUIRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-784-C |
| | ) | |
| 1.   ADCO HOLDINGS, L.L.C., | ) | |
| | ) | |
| 2.   ADCO ENTERPRISES, L.L.C., | ) | |
| | ) | |
| 3.   AMERITASK, L.L.C., | ) | |
| | ) | |
| 4.   AC BRANCH HOLDINGS, | ) | |
|       d/b/a AMERICLAIM, | ) | |
| | ) | |
| 5.   ALAN NAGEL, | ) | |
| | ) | |
| 6.   DEBRA NAGEL, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS UPDATE

**COME NOW** the parties and, pursuant to this Court's order of June 21, 2017, provide an update on the status of the above captioned case.

On January 18, 2016, this Court stayed the current case pending resolution of Oklahoma Department of Labor (ODOL) proceedings.

On June 20, 2016, the ODOL entered an "Amended Final Agency Determination" which awarded Daniel McGuire, Plaintiff in the current case, unpaid wages and liquidated damages. ADCO Holdings, LLC, appealed to the District Court of Oklahoma County. On May 8, 2017, the District Court of Oklahoma County issued an order affirming the ODOL's

Findings of Fact and Conclusions of Law.  Respondent appealed to the Oklahoma Supreme Court who has not yet rendered a decision on the case.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF JULY, 2017**.

s/ Amber L. Hurst
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
HAMMONS, GOWENS, HURST
    & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amberh@hammonslaw.com
Jury Trial Demanded
attorney Lien Claimed
*Counsel for Plaintiff*


s/ Robert E. Norman
*(signed by filing counsel with permission)*
Robert E. Norman
Cheek & Falcone, PLLC
6301 Waterford Boulevard, Suite 320
Oklahoma City, OK 73118
Telephone: (405) 286-9191
Facsimile: (405) 286-9670
rnorman@cheekfalcone.com
*Counsel for Defendants*
*ADCO Holdings, L.L.C.; ADCO*
*Enterprises, L.L.C.; AmeriTask, L.L.C.*
*Alan Nagel; and Debra Nagel*

s/ A. Michelle Campney
*(signed by filing counsel with permission)*
A. Michelle Campney, OBA #12990
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson
Oklahoma City, Oklahoma 73102
405.235.4100/405.235.4133 (fax)
amcampney@phillipsmurrah.com
*Counsel for Defendant AC Branch*
*Holdings, LLC d/b/a Americlaim*