# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   DANIEL McGUIRE, | ) | |
| | ) | |
| Plaintiff, on behalf of himself and others similarly situated, | ) ) | |
| | ) | |
| v. | ) | CIV-15-784-C |
| | ) | |
| 1.   ADCO HOLDINGS, L.L.C., | ) | |
| | ) | |
| 2.   ADCO ENTERPRISES, L.L.C., | ) | |
| | ) | |
| 3.   AMERITASK, L.L.C., | ) | |
| | ) | |
| 4.   AC BRANCH HOLDINGS, d/b/a AMERICLAIM, | ) ) | |
| | ) | |
| 5.   ALAN NAGEL, | ) | |
| | ) | |
| 6.   DEBRA NAGEL | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS UPDATE

**COME NOW** the parties and provides the following update on the above captioned matter.

Plaintiff, Daniel McGuire and Defendants, ADCO Holdings, LLC, ADCO Enterprises, LLC, Ameritask, LLC, Alan Nagel and Debra Nagel have reached a settlement and compromise in the matter pending before the Oklahoma Supreme Court, ***ADCO Holdings, LLC v. McGuire and Oklahoma Department of Labor***, Appellate No. 116101.

Defendant AC Branch Holdings d/b/a Americlaim was not part of the settlement and compromise. However, upon fulfilling all conditions of the settlement, all parties have

agreed to stipulate to the dismissal of the current case with prejudice to refiling. All conditions of the settlement are to be fulfilled no later than September 15, 2018. In this regard, AC Branch Holdings d/b/a Americlaim, while not a party to the settlement obtained before the Oklahoma Supreme Court, will become a third party beneficiary to such resolution.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF MARCH, 2018.**

s/ Amber L. Hurst
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amberh@hammonslaw.com
Jury Trial Demanded
Attorney Lien Claimed
*Counsel for Plaintiff*


s/Robert E. Norman
Robert E. Norman
Cheek & Falcone, PLLC
6301 Waterford Boulevard, Suite 320
Oklahoma City, OK 73118
Telephone: (405) 286-9191
Facsimile: (405) 286-9670
rnorman@cheekfalcone.com
*Counsel for Defendants
ADCO Holdings, L.L.C.; ADCO
Enterprises, L.L.C.; AmeriTask, L.L.C.
Alan Nagel; and Debra Nagel*


s/A. Michelle Campney
A. Michelle Campney, OBA #12990
PHILLIPS MURRAH P.C.

Corporate Tower, Thirteenth Floor
101 N. Robinson
Oklahoma City, Oklahoma 73102
405.235.4100/405.235.4133 (fax)
amcampney@phillipsmurrah.com
*Counsel for Defendant AC Branch Holdings, LLC*
*d/b/a Americlaim*